UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL C. RAMSEY,<br><br>    Plaintiff,<br><br>    v.<br><br>A. LANE, et al.,<br><br>    Defendants. | No. 2:23-cv-02174-CKD<br><br>ORDER |

Plaintiff is a state prisoner, proceeding pro se and in forma pauperis in this federal civil rights action filed pursuant to 42 U.S.C. § 1983. On February 13, 2024, this matter was referred to the post-screening ADR pilot project and was stayed. The settlement conference was conducted on June 24, 2024, and the case did not settle. As a result, the stay of this action is lifted. Defendants shall file a responsive pleading within thirty days.

Accordingly, IT IS HEREBY ORDERED that:

1. The stay of this action is lifted; and

2. Defendants shall file a responsive pleading within thirty days from the date of this order.

Dated: June 25, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/rams2174.no.settle

1